**DYKEMA GOSSETT LLP**
Ashley R. Fickel, SBN: 237111
*afickel@dykema.com*
Joy L. Ganes, SNB: 270818
*jganes@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
ASSET ACCEPTANCE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA D. STANFIELD, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ASSET ACCEPTANCE, LLC, a Delaware Limited Liability Company and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:12-CV-02632-CAS-VBKx<br><br>**ORDER RE PROTECTION OF CONFIDENTIAL INFORMATION**<br><br>*Filed concurrently with Stipulation re: Protection of Confidential Information*<br><br>Complaint filed: March 27, 2012<br>Trial date:      Not set |

## **ORDER**

### TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL HEREIN:

Based upon the stipulation of the parties regarding the protection of confidential information, with good cause appearing, IT IS ORDERED that the stipulation is granted in its entirety.

**IT IS SO ORDERED.**

DATED:_ November 8, 2012

                                                                                         /s/
                                                       Hon. Victor B. Kenton